No. 00–6475. KYE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6482. LONG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–6487. WHITE *v.* FISHMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–1730. HUERTA GARCIA, CHIEF DEPUTY WARDEN *v.* JONES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–354. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, ET AL. *v.* SMITH. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–2090. VESSEL MY GIRLS ET AL. *v.* MARINA MANAGEMENT SERVICES, INC., DBA JAMES CREEK MARINA, AS AGENT FOR MIF REALTY, ET AL. C. A. D. C. Cir. Motion of MIF Realty to substitute itself as respondent in place of Marina Management Services, Inc. denied. Certiorari denied.

No. 00–353. OMNIPOINT COMMUNICATIONS ENTERPRISES, L. P. *v.* NEWTOWN TOWNSHIP ET AL. C. A. 3d Cir. Motions of AT&T Wireless Services, Inc., et al., Dobson Communications Corp., and Sprint Spectrum for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 00–386. WAL-MART STORES, INC., ASSOCIATES' HEALTH AND WELFARE PLAN ET AL. *v.* WELLS. C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 00–487. GILLETTE CO. *v.* REVENUE DIVISION OF THE DEPARTMENT OF TREASURY OF MICHIGAN. Ct. App. Mich. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.